## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HEIDI VANDERMAAS, Personal
Representative for the Estate of MARY
MESSERSCHMIDT, Deceased,   CASE NO.: 2:11-CV-12297

      Plaintiff,   HON. MARIANNE O. BATTANI

v.

SUNRISE SENIOR LIVING
MANAGEMENT, INC.,

      Defendant.

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | JONATHAN M. JAFFA (P23717) |
| ROBERT M. GIROUX (P47966) | SULLIVAN, WARD, ASHER & PATTON, P.C. |
| E. JASON BLANKENSHIP (P63566) | Attorneys for Defendant |
| FIEGER, FIEGER, KENNEY, GIROUX & DANZIG, P.C. | 25800 Northwestern Highway |
| Attorneys for Plaintiff | 1000 Maccabees Center, P.O. Box 222 |
| 19390 W. Ten Mile Road | Southfield, MI 48075 |
| Southfield, MI 48075 | (248) 746-0700 |
| (248) 355-5555 | jjaffa@swappc.com |
| r.giroux@fiegerlaw.com | |
| j.blankenship@fiegerlaw.com | |

---

## ORDER FOR JUDGMENT ON JURY VERDICT

At a session of said Court held in the Eastern District of the
United States District Court for the State of Michigan

On March 14, 2013

PRESENT:  HON.      MARIANNE O. BATTANI
                                 U.S. DISTRICT COURT JUDGE

      This matter having come on before the court and a duly impaneled jury; the issues having been answered by the jury on January 17, 2013 as shown in the record;

      IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff, Heidi VanderMaas as the Personal Representative of the Estate of Mary Messerschmidt, recover from Defendants, Sunrise Senior Living Management, Inc, the following sums of money:

| | | | |
|---|---|---|---:|
| A. | Past economic damages: | $ | 169,446.41 |
| B. | Past non-economic damages: | $ | 100,000.00 |
| C. | Loss of Love, Society & Companionship: | $ | 0.00 |
| D. | Taxable and allowable costs: | $ | 1,548.74 |
| E. | Interest on past damages through 3/12/13: | $ | 11,702.47 |

**TOTAL DUE THE PLAINTIFF:**             **$  282,697.62**

IT IS FURTHER ORDERED, that this Order for Judgment resolves the last pending claim and closes the case.

IT IS SO ORDERED.

 s/Marianne O. Battani
U.S. DISTRICT COURT JUDGE

## EXHIBIT A

## PLAINTIFF'S ITEMIZATION OF COSTS

**A.  Lay Witness Fees**

| | | |
|---|---|---|
| Plaintiffs paid $15 each for 6 witnesses. | $  90.00 | |
| | TOTAL | $  **90.00** |

**B.  Sundry Costs in Civil Actions**

| | | |
|---|---|---|
| For trial of the action: | $  150.00 | |
| | TOTAL: | $  **150.00** |

**C.  Additional Court Fees**

| | | |
|---|---|---|
| For a filing fee under (1)(a): | $  150.00 | |
| For a jury demand under (1)(c): | $  85.00 | |
| | TOTAL: | $  **235.00** |

**D.  Deposition Costs**

| | | |
|---|---|---|
| Mazie Pilut-Garbarz: | $  181.85 | |
| Connie Norman: | $  212.90 | |
| Faye Robinson: | $  73.98 | |
| Dr. Tamer Abdelhak: | $  442.65 | |
| | TOTAL: | $  **911.38** |

**E.  Service Fees**

| | | |
|---|---|---|
| For Service of the Complaint under (1)(a): | $  26.50 | |
| For Service of trial subpoenas under (1)(m) ($21.00 X 6): | $  126.00 | |
| | TOTAL: | $  **132.36** |

**F.  Certified Copies of Records and Exemplifications**

| | | |
|---|---|---|
| For Medical Records (3 sets x $10.00): | $  30.00 | |
| | TOTAL | $  **30.00** |

| | |
|---|---|
| **TOTAL AMOUNT REQUESTED** | **$ 1,548.74** |