UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEIDI VANDERMAAS, Personal Representative for the Estate of MARY MESSERSCHMIDT, Deceased,

    Plaintiff,

v.

SUNRISE SENIOR LIVING MANAGEMENT, INC.,

    Defendant.

Case No.: 2:11-cv-12297

Hon. Marianne O. Battani

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>ROBERT M. GIROUX (P47966)<br>E. JASON BLANKENSHIP (P63566)<br>FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON, P.C.<br>Attorneys for Plaintiff<br>19390 W. Ten Mile Road<br>Southfield, MI 48075<br>(248) 355-5555<br>r.giroux@fiegerlaw.com<br>j.blankenship@fiegerlaw.com | JONATHAN M. JAFFA (P23717)<br>SULLIVAN, WARD, ASHER & PATTON, P.C.<br>Attorneys for Defendant<br>25800 Northwestern Highway<br>1000 Maccabees Center, P.O. Box 222<br>Southfield, MI 48075<br>(248) 746-0700<br>jjaffa@swappc.com |

## AMENDED ORDER APPROVING DISBURSEMENT OF SETTLEMENT PROCEEDS

At a session of said Court held in the County of Wayne,
State of Michigan,
on    AUG 1 3 2013

PRESENT: HON.   MARIANNE O. BATTANI
                       District Court Judge

This matter having come before the Court upon Plaintiff's Motion to Approve Attorney Fees and Costs and Approving Disbursement of Proceeds, and the Court being otherwise fully advised;

NOW THEREFORE:

**IT IS HEREBY ORDERED** that the disbursements as outlined in the attached Exhibit A is approved and shall be paid.

The court finds that the cause of action for wrongful death was settled for the sum set forth in Exhibit A against the sole defendant, and that all medical, hospital, funeral and burial expenses have been paid in full.

The court finds that no portion of this distribution is being made as payment for conscious pain and suffering.

Those persons and entities to whom distribution may be entitled is to be made are indicated in Exhibit A. It is hereby ordered that costs and attorney fees payable to Fieger, Fieger, Kenney, Giroux, Danzig & Harrington, P.C., from the wrongful death proceeds shall immediately be disbursed.

**IT IS FURTHER ORDERED** that upon entry of the order approving distribution of the proceeds, this case shall be closed.

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

## EXHIBIT A

The amounts payable to the interested parties shall be distributed as follows:

| | | |
|---|---|---|
| **Amount Received** | | **$270,000.00** |
| TO: | Fieger, Fieger, Kenney, Giroux, Danzig & Harrington, P.C.- as reimbursement of costs | $21,497.15 |
| TO: | Fieger, Fieger, Kenney, Giroux, Danzig & Harrington, P.C.- as attorney fees | $82,834.29 |
| TO: | Howard T. Linden for all fees and costs incurred in the opening, administration and closing of the probate estate: | $3,500.00 |
| TO: | HAP-lien | $24,105.79 |
| TO: | Medicare-lien | $1,435.59 |

That after the payments of all of the above enumerated fees, costs, and liens, there is the net sum available for distribution of $136,627.18

| | |
|---|---|
| Heidi Vandermaas (Daughter) | $128,627.18 |
| Gary Messerschmidt (Son) | $2,000.00 |
| Ryan Messerschmidt (Grandson) | $2,000.00 |
| Elissa Perkey (Granddaughter) | $2,000.00 |
| Justin Perkey (Grandson) | $2,000.00 |